FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
AUG 14, 2018
BROOKLYN OFFICE

Rec'd 8/14/18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Yisroel Weiss,

        Plaintiffs,

v.

Alltran Financial, LP

        Defendants,

-----------------------------------------------------------------x

1:18-cv-02729-ENV-RLM

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF AGAINST DEFENDANT PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendant has neither answered the operative complaint nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: Brooklyn, New York
       August 6, 2018

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

*Attorneys for Plaintiff*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated: 8/10/18**

/S/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.